# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
No. 15-722V
Filed: July 27, 2016
Not for Publication

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOHN M. DALLAS, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * |
| | * |
| SECRETARY OF HEALTH | * |
| AND HUMAN SERVICES, | * |
| | * |
| Respondent. | * |
| | * |

Attorneys' fees and costs decision;
respondent does not object

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Richard H. Moeller</u>, Sioux City, IA, for petitioner.
<u>Traci R. Patton</u>, Washington, DC, for respondent.

**MILLMAN, Special Master**

### DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On July 13, 2015, petitioner filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-10–34 (2012) ("Vaccine Act") alleging he developed symptoms of neurological injury, including suspected Parsonage-Turner Syndrome as a result of an influenza ("flu") vaccine he received on January 20, 2014.  Pet. at 1.  On July 12, 2016, the undersigned issued a decision awarding compensation to petitioner based on the parties' stipulation.

On July 25, 2016, petitioner filed a motion for attorneys' fees and costs.  Petitioner requests $18,043.00 in attorneys' fees, $3,472.25 in attorneys' costs, and $155.52 for

---

[1] Because this unpublished decision contains a reasoned explanation for the special master's action in this case, the special master intends to post this unpublished decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy.  When such a decision is filed, petitioner has 14 days to identify and move to redact such information prior to the document's disclosure.  If the special master, upon review, agrees that the identified material fits within the banned categories listed above, the special master shall redact such material from public access.

reimbursement of his own costs for a total of $21,670.77.  On July 27, 2016, respondent filed a response to petitioner's application for attorneys' fees and costs.  Respondent explains that she does not object to the overall amount sought by petitioner.  Resp. at 1.  Respondent further explains that her lack of objection "should not be construed as admission, concession, or waiver as to the hourly rates requested, the number of hours billed, or the other litigation related costs." Id.

The Vaccine Act permits an award of reasonable attorneys' fees and costs.  42 U.S.C. § 300 aa-15(e).  Based on the reasonableness of petitioner's request and the lack of opposition, the undersigned **GRANTS** petitioner's application for attorneys' fees and costs.

**Accordingly, the undersigned awards:**

a. **$21,515.25**, representing attorneys' fees and costs.  The award shall be in the form of a check made payable jointly to petitioner and Moore, Heffernan, Moeller, Johnson & Meis, L.L.P. in the amount of **$21,515.25**; and

b. **$155.52**, representing petitioner's costs.  The award shall be in the form of a check made payable to petitioner for **$155.52**.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[2]

**IT IS SO ORDERED.**

Dated: <u>July 27, 2016</u>                                                           s/ Laura D. Millman
                                                                                  Laura D. Millman
                                                                                  Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party, either separately or jointly, filing a notice renouncing the right to seek review.